IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-00183-CNS-NRN | Date: April 24, 2024 |
| Courtroom Deputy: Román Villa | FTR: Courtroom A401 |

<u>Parties:</u>

BRENDA GONZALEZ,

   Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

   Defendant.

<u>Counsel:</u>

Daniel Vedra

Jonathan Geneus
John Wharton

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**10:30 a.m.    Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures have been exchanged.

Parties shall meet and confer regarding any need for a Protective Order, and if needed, then parties shall file their stipulated Motion for Protective Order and proposed Protective Order **within the next 10 days.**

Joinder of Parties/Amendment to Pleadings: June 10, 2024

Discovery Cut-off: October 24, 2024

Dispositive Motions Deadline: November 22, 2024

Each side shall be limited to 4 depositions, excluding experts.

Depositions shall not exceed 7 hours parties, all other fact depositions are limited to 4 hours.  For retained experts, depositions shall not exceed 7 hours.
Each side shall be limited to 15 interrogatories, 15 requests for production, and 15 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to 2 retained expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: August 1, 2024
Disclosure of Rebuttal Experts: September 1, 2024
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**Telephonic Status Conference** is set for **July 24, 2024, at 10:30 a.m**. before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

**Final Pretrial Conference/Trial Preparation/Trial Dates:** Counsel shall contact Judge Sweeney's chambers by email (Sweeney_Chambers@cod.uscourts.gov)  within two business days of the Scheduling Conference to obtain dates for a final pretrial/trial preparation conference and trial.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers Neureiter_Chambers@cod.uscourts.gov  a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**11:04 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:34

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.