IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Civil Action No. 24-cv-183-CNS-NRN

BRENDA GONZALEZ,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____

**STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND
REQUESTS FOR ADMISSIONS.**
_____

Pursuant to D.C.COLO.LCivR 6.1(a), Plaintiff Brenda Gonzalez ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant") (collectively the "Parties"), by and through their respective counsel, agree and stipulate to extend the deadline for Defendant to respond to Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission, and state as follows:

1. Plaintiff served its first set of written discovery requests on May 9, 2024, making Defendant's responses due by June 10, 2024.

2. D.C.COLO.LCivR 6.1(a) provides that "[t]he parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to … interrogatories, requests for production of documents, or requests for admissions."

3. The Parties have agreed to a 21-day extension of time for Defendant to respond to Plaintiff's first set of written discovery requests, up to and including July 1, 2024.

4. The extension is sought in good faith and no prejudice will result to the Parties as a result of this Stipulation.

5. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this Stipulation will be served contemporaneously by undersigned counsel on their respective clients.

WHEREFORE, pursuant to D.C.COLO.LCivR 6.1(a), Defendant's deadline to respond to Plaintiff's first set of interrogatories, requests for production of documents, and requests for admission is extended by 21 days, up to and including July 1, 2024, unless otherwise ordered by the Court.

DATED this 10th day of June, 2024.

| | |
|---|---|
| */s/ Daniel Vedra* | */s/ John A. Wharton* |
| Daniel Vedra | John A. Wharton |
| VEDRA LAW LLC | Jonathan H. Geneus |
| 1444 Blake Street | GREENBERG TRAURIG, LLP |
| Denver, CO 80202 | 1144 15th Street, Suite 3300 |
| Tel: (303) 9347-6540 | Denver, Colorado 80202 |
| dan@vedralaw.com | Tel: (303) 572-6500 |
| | wharton@gtlaw.com |
| | Jonathan.Geneus@gtlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |