IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00183-CNS-NRN

BRENDA GONZALEZ,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

## JPMORGAN CHASE BANK, N.A.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through its undersigned counsel, hereby notifies the Court that Chase does not oppose Plaintiff's Motion for Extension of Time [ECF No. 26], which seeks a one-week extension of time to respond to Chase's First Written Discovery to Plaintiff.

Plaintiff's Motion misrepresents the Parties' conferral efforts. Attached to this Notice as **Exhibit A** is email correspondence between counsel for the Parties on September 28, 2024, regarding this Motion. As reflected therein, immediately after Plaintiff's counsel notified Chase about Plaintiff's mother's hospitalization and requested an extension, counsel for Chase responded, clearly stating that Chase does not object so long as Plaintiff's motion reflected the reason for the extension, and such extension does not postpone Plaintiff's deposition hopefully to occur between 9/16/24 and 9/27/24 (Chase

requested Plaintiff's deposition availability for this period on August 14, 2024 but Plaintiff has not yet provided her availability):

> Dan – we have no objection to a one-week extension so long as you file a stipulation or unopposed motion informing the Court of Plaintiff's reason for needing extension, and so long as this does not affect Plaintiff's deposition availability within the timeframe of 9/16 and 9/27 (requested on 8/14). These requirements are in part a result of the concerns you raised about delay at the last status conference and Judge Neureiter's order regarding discovery extensions.

**Ex. A** at 4. Plaintiff's counsel replied, "I'll just file the motion as opposed. Thanks." *Id.* at 3. In response, counsel for Chase reiterated Chase's non-opposition:

> Dan – Chase does not oppose the Motion. Please indicate in your conferral section that "Chase does not oppose Plaintiffs' request for a seven-day extension to respond to its written discovery requests due to her unexpected hospital visit for her mother."

*Id.* Thereafter, Plaintiff's counsel accused Chase of "prevaricating" and ultimately decided, "I don't think you get to dictate what goes into the certificate of conferral. I'll draft it as I see fit." *Id.* at 1–2.

This Notice would be unnecessary if Plaintiff had simply filed a stipulation pursuant to D.C.COLO.LCivR 6.1(a) or stated that Chase does not oppose the Motion. Nevertheless, Plaintiff's efforts to mischaracterize Chase (and its counsel) as non-accommodating warranted this filing.

2

3

DATED: August 28, 2024

*s/ John A. Wharton*
John A. Wharton
Jonathan H. Geneus
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Tel: (303) 572-6500
John.Wharton@gtlaw.com
Jonathan.Geneus@gtlaw.com

*Counsel for Defendant JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2024, a true and correct copy of the foregoing **Notice of Non-Opposition to Plaintiff's Motion for Extension of Time** was served by electronic mail on the following:

Dan Vedra
dan@vedralaw.com
Vedra Law LLC
1444 Blake Street
Denver, Colorado 80202

*s/ John A. Wharton*
John A. Wharton
