IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00183-CNS-NRN

BRENDA GONZALEZ,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

 Pursuant to communications with the parties, it is hereby ORDERED that a telephonic Discovery Hearing is SET on September 18, 2024 at 11:00 a.m. The parties are directed to call the conference line as a participant at (571) 353-2301, Access Code 841686937# five minutes prior to the start of the hearing.

 It is further ORDERED that the parties shall prepare and email to Chambers by noon on September 17, 2024, a short (no longer than ten pages) joint statement setting forth each side's respective position concerning the discovery dispute.

Date: September 16, 2024